**UNITED STATES of America,
Appellee,**

v.

**Roberta Sue TOLBERT; A & R Equity
Holdings, Defendants,**

---

Alvin A. Tolbert, Appellant.

No. 07–3623.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 3, 2009.

Filed: June 10, 2009.

Robert William Metzler, Supervisory, Teresa T. Milton, Michael James Roessner, Jennifer Rudenick, U.S. Department of Justice, Washington, DC, for Appellee.

Alvin A. Tolbert, Springdale, AR, pro se.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Alvin A. Tolbert appeals the district court's [1] adverse grant of summary judgment in this tax action. After careful de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that summary judgement was appropriate for the reasons stated by the district court, *see Gentry v. United States*, 962 F.2d 555, 557–58 (6th Cir.1992). We also conclude that the district court did not abuse its discretion in declining to amend the judgment. *See Christensen v. Qwest Pension Plan*, 462 F.3d 913, 920 (8th Cir.2006).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the pending motions for sanctions.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.